IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

MARK WALTER,            Case No.: 1:12-CV-510

    Plaintiff,            Judge Timothy S. Black

vs.

PK MANAGEMENT, LLC.,

    Defendant.

_____

**CONDITIONAL ORDER OF DISMISSAL**
_____

The Court having been advised by Magistrate Judge Litkovitz that this case has been settled in her presence on 3/6/2013;

It is **ORDERED** that this action is hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within 45 days, move to reopen the action if settlement is not consummated. Also, if desired, the parties may timely move to substitute a judgment entry contemplated by the settlement agreement.

The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

**IT IS SO ORDERED**.

Dated: 3/6/2013                          _s/ Timothy S. Black_____
                                                                   Timothy S. Black
                                                                   United States District Judge